**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6154**

DESMOND JEREL MOORE,

Plaintiff - Appellant,

v.

TIMOTHY CARLSON,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-ct-03102-D)

Submitted:  April 27, 2021                                          Decided:  May 3, 2021

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Desmond Jerel Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Desmond Jerel Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A. We have reviewed the record and find no reversible error. Accordingly, we deny Moore's motion to appoint counsel, and we affirm for the reasons stated by the district court. *Moore v. Carlson*, No. 5:20-ct-03102-D (E.D.N.C. Jan. 19, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
